```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Criminal No. 10-cr-26-03-PB

Lee Brown

**O R D E R**

The defendant has moved to continue the October 5, 2010 trial in the above case. Defendant cites the need for additional time to complete the remaining portion of the TC program. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time for the above stated reason and properly prepare for trial, the court will continue the trial from October 5, 2010 to December 1, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 29, 2010 final pretrial conference is continued until November 18, 2010 at 3:00 PM .

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

September 23, 2010

cc: Richard Monteith, Esq.
Michael Iacopino, Esq.
Douglas Miller, Esq.
Cathy Green, Esq.
Jennifer Davis, Esq.
United States Probation
United States Marshal