```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    **v.**                                          Case No. 10-cr-26-03-PB

Lee Brown, et al.

**ORDER**

The defendant has moved through counsel to continue the trial scheduled for February 1, 2011 as he has sought admittance to the LASER docket and finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the reasons set forth in defendant's motion and to allow time for the parties to properly prepare for trial, the court will continue the trial from February 1, 2011 to March 8, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendants in a speedy trial.

The January 18, 2011 final pretrial conference is continued to February 25, 2011 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>Paul Barbadoro<br>United States District Judge

January 13, 2011

cc: Douglas Miller, Esq.
    Michael Iacopino, Esq.
    Jennifer Davis, AUSA
    United States Probation
    United States Marshal